IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| OTTO E THORNBURG, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | Case No. 4:19-CV-1025-NKL |
| FORD MOTOR COMPANY, | ) |  |
| Defendant. | ) |  |

**ORDER OF DISMISSAL**

Having been notified of Plaintiff's intention to dismiss this case, and it appearing that no issue shall remain for the Court's determination, it is hereby

ORDERED that the above-styled action is DISMISSED with prejudice as to Plaintiff's claims, without prejudice as to any class claims, and without costs to any party. However, any party may move to reopen the case, provided that such motion is filed within 45 days of the date of this Order.

s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated: December 13, 2022